UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                   Plaintiff,

        -against-

JPAY,

                  Defendant.

26-cv-0819 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 6, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 10, 2026
         New York, New York

                        /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                  Chief United States District Judge